UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID ULLOA,<br><br>    Defendant. | CASE NO.: 12cr2791-JAH<br><br>**ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

After careful review of Defendant's unopposed Motion for Early Termination of Supervised Release, (Doc. No. 899), and finding the interest of justice so warrant, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED** pursuant to 18 U.S.C. § 3583 (e)(1).

    **IT IS SO ORDERED.**

DATED: November 18, 2019

                                           _____
                                           JOHN A. HOUSTON
                                           United States District Judge